Parag L. Amin (SBN 281133)
Kaleigh McManus (SBN 339133)
**LAW OFFICE OF PARAG L. AMIN, P.C.**
5901 W. Century Blvd., Suite 1518
Los Angeles, CA 90045
Email: eservice@lawpla.com
Tel: (213) 293-7881
Fax: (213) 986-3563

Attorneys for Defendant and Counter-Complainant, JAMES KIM

Lisa J. Yang (SBN 208971)
Lisa.Yang@limnexus.com
Yidu Sun (SBN 346430)
Yidu.Sun@limnexus.com
**LIMNEXUS LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, California 90017
Phone: (213) 955-9500
Facsimile: (213) 955-9511

Attorneys for Plaintiff and Counter-Defendants
MAGU CORPORATION, INC. and RYAN MORIMOTO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

- 1 -

ORDER

MAGU CORPORATION, INC., a California corporation,

        Plaintiff,

     v.

JAMES KIM, an individual; FEEL KALM, LLC, a California limited liability company; DOES 1-10,

        Defendants.

_____

JAMES KIM, an individual;

        Counter-Complainant.

     v.

RYAN MORIMOTO, an individual; MAGU CORPORATION, INC., a California corporation,

        Counter-Defendants.

_____

Case No.: 8:25-CV-00948-KES

[~~PROPOSED~~] ORDER

The Court, having reviewed the Parties' Joint Stipulated Protective Order (Dkt. 43) and finding good cause for the entry of such an order pursuant to Federal Rule of Civil Procedure 26(c), hereby ORDERS as follows:

1. The Joint Stipulated Protective Order submitted by the Parties is APPROVED and ADOPTED as an Order of this Court.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: <u>March 12, 2026</u>

_____
Hon. Karen E. Scott
United States Magistrate Judge