**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISON**

MAGU CORPORATION, INC., a California corporation;

Plaintiff,

vs.

JAMES KIM, an individual, FEEL KALM LLC, a California limited liability company; DOES 1-10,

Defendants.

JAMES KIM, an individual;

Counter-Complainant,

vs.

RYAN MORIMOTO, an individual; MAGU CORPORATION, INC., a California corporation,

Counter-Defendants.

Case No. 8:25-cv-00948-KES

**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice, except the Court retains jurisdiction to enforce the terms of the settlement agreement between all parties. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: July 29, 2026

By: ______________________________
Hon. Karen E. Scott
United States District Magistrate Judge